# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**TYRON JAMES,**

    **Petitioner,**

    **v.**

**JAMES HEIMGARTNER, et al.,**

    **Respondents.**

Case No. 15-3116

## **ORDER**

This matter comes before the court on petitioner Tyron James' Motion for Leave to Appeal in Forma Pauperis (Doc. 24). Petitioner's motion also included an affidavit regarding his assets and a copy of his inmate account statement. Petitioner seeks appellate review of this court's dismissal of his petition under 28 U.S.C. § 2254. After review of his statement and account balance, the court finds that petitioner's motion to proceed in forma pauperis should be granted.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Leave to Appeal in Forma Pauperis (Doc. 24) is granted. Petitioner may file his appeal without paying the requisite fees.

Dated September 13, 2017, at Kansas City, Kansas.

                                                   s/ Carlos Murguia
                                                   **CARLOS MURGUIA**
                                                   **United States District Judge**